FRANK MIRABELLA, Appellant, *v.* ALVIN F. THIEM, Doing Business under the Name of PINE TREE RIDING STABLES, Respondent.

Argued October 22, 1953; decided December 3, 1953.

*Joseph W. Alaimo* and *Philip B. Dattilo* for appellant.

*Eric P. Smith* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presented questions of fact for the jury. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DYE and FROESSEL, JJ. DESMOND and FULD, JJ., dissent on the memorandum of the Appellate Division. Taking no part: VAN VOORHIS, J.